AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

United States of America
v.
JOEL RUBIO-PEREZ

Defendant

Case No. 8:24cr502 KKM-LSG

RCVD USMS M/FL-TAMPA 2024 NOV 20 PM 2:34

## ARREST WARRANT

DEC 2 2024 AM 10:40
FILED - USDC - FLMD - TPA

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOEL RUBIO-PEREZ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Marihuana on a Vessel Subject to the Jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and 21 U.S.C. §§ 960(b)(2)(G); Possession with Intent to Distribute Marihuana on a Vessel Subject to the Jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2, and 21 U.S.C. §§ 960(b)(2)(G)

Date: 11/20/24

*Issuing officer's signature*

**GABRIELLA LOBAINA**

City and state: Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 20 NOV 24, and the person was arrested on *(date)* 22 NOV 24
at *(city and state)* Pinellas County, FL.

Date: 22 Nov 24

*Arresting officer's signature*

ORTIZ, Frank   USMS M/FL
*Printed name and title*